(105 So. 704)

**Ex parte Ross BATTLES.** (7 Div. 592.)

(Supreme Court of Alabama. Oct. 15, 1925.)

Certiorari to Court of Appeals.

Jas. A. Embry, of Ashville, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Petition of Ross Battles for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Battles v. State, 105 So. 704.

Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.